**IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ryan Johnson,<br><br>Plaintiff,<br><br>v.<br><br>The Board of Trustees of<br>Northern Illinois University,<br><br>and David Jadran<br><br><br>Defendants. | Case No. 19-cv-01455<br><br>Judge Rebecca R. Pallmeyer |

## **THIRD AMENDED COMPLAINT**

Plaintiff Ryan Johnson, by counsel, SPEARMAN LAW, LLC, alleges as follows:

1. This is a civil action arising under 42 U.S.C. 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343 and § 1367.

2. Plaintiff, Ryan Johnson is a resident of the Northern District of Illinois.

3. At all times mentioned herein, Defendant Jadran was a police officer of the Northern Illinois University Police Department acting within the color of law and within the scope of his employment. Plaintiff sues Defendant Jadran in his individual capacity. Plaintiff additionally asserts state law claims against the officer for battery.

4. Defendant, The Board of Trustees of Northern Illinois University is the governing body of Northern Illinois University located in DeKalb, Illinois. It employs a force of sworn police officers, namely the Northern Illinois Police Department, including Defendant Jadran.

5. Plaintiff asserts a state law claim against The Board of Trustees of Northern Illinois University based on the doctrine of respondent superior for battery. Plaintiff also joins The Board of Trustees of Northern Illinois University as the indemnitor of the individual officer on Plaintiff's federal claims.

6. On March 1, 2017, Plaintiff was on foot in the vicinity of 930 Annie Glidden Road in DeKalb, Illinois, 60115, when he was approached by Defendant Jadran.

7. Defendant Jadran used excessive and unreasonable force against the Plaintiff without legal justification and in violation of his Fourth Amendment Rights.

8. In particular, Defendant Jadran used his forearm and rammed Plaintiff's head into a steel chained-link fence. Defendant Jadran also grabbed Plaintiff and slammed Plaintiff to the ground and proceeded to press his knee down on Plaintiff's back. Defendant Jadran's use of excessive and unreasonable force caused Plaintiff numerous injuries, including several abrasions to his face and multiple teeth factures. Moreover, as a result of Defendant Jadran's actions, the Plaintiff swallowed fragments of his teeth.

9. Plaintiff was transported to Kishwaukee Hospital where his was treated.

10. Plaintiff demands trial by jury.

WHEREFORE, Plaintiff requests that judgment be entered in his favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and additionally for an award of punitive damages in an amount to be determined by the trier of fact against defendants, and attorney's fees.

Respectfully Submitted,

Ryan Johnson

By: **/s/ Kendra D. Spearman**
**Kendra D. Spearman** (ARDC No. 6324689)
Spearman Law, LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
312.788.2602
kendra@spearmanlaw.com